IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )
v.                           )
                             )
DONALD GARNER,               )
                             )
                             )
                 Defendant.  )
_____ )

Case No. 3:19-cr-00120-SLG-DMS-2

**NOTICE OF ATTORNEY AND CONSENT TO ELECTRONIC SERVICE**

COMES NOW REX LAMONT BUTLER of Rex Lamont Butler and Associates, Inc., P.C., and hereby enters his appearance as private counsel in the case captioned above.

All documents should be mailed to defense counsel at 745 W. 4th Avenue, Ste., 300, Anchorage, Alaska, 99501, or forwarded electronically to rexbutlercalendar@gmail.com

Respectfully Submitted this 22nd day of October, 2019, in Anchorage, Alaska.

/s/ Rex Lamont Butler
745 W. 4th Avenue, Suite 300,
Anchorage, Alaska 99501.
(907) 272.1497
(907) 276.3306
rexbutlercalendar@gmail.com
ABN: 8310105

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**Certificate Of Service**:

I hereby certify on this 22nd day of October, 2019, a true and accurate copy of this request were served upon AUSA Kyle Reardon, 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska, 99513-7567, via electronic filing.

/s/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)