# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD GARNER,<br><br>    Defendant. | Case No. 3:19-cr-00120-SLG-DMS-2 |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 93. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 4 of the Indictment which is a violation of 18 U.S.C. §201(B)(1), Bribery of Public Official.

Judge Smith issued a Final Report and Recommendation at Docket 97, in which she recommended that the District Court accept Defendant's plea of guilty to Count 4 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 4 of the Indictment, which is a violation of 21 U.S.C. §201(B)(1), Bribery of Public Official, and Defendant is adjudged GUILTY of Count 4. An Imposition of Sentence hearing is scheduled for **August 4, 2021 at 12:00 p.m.** in Anchorage Courtroom 3.

DATED this 19th day of May, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cr-00120-SLG-DMS, *USA v. Garner*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:19-cr-00120-SLG-DMS   Document 106   Filed 05/19/21   Page 2 of 2